Name: Daniel Adams
Address: 550 S. Barrington Ave, #4115
Los Angeles, CA 90049
Phone Number: 310-990-5933
E-mail Address: dra101@mac.com
Pro Se

MAY 15 2019

DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Securities and Exchange Commission | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 2:19-cv-01412-FMO-RAO |
| Daniel R. Adams | APPLICATION FOR PERMISSION FOR ELECTRONIC FILING |
| DEFENDANT(S) | |

As the (Plaintiff/Defendant) ___Defendant___ in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available at the Pro Se E-Filing webpage located on the Court's website.

2. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by U.S. mail.

3. I understand that if my use of the CM/ECF system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

   [✓] A Computer with internet access.

   [✓] An e-mail account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   [✓] A scanner to convert documents that are only in paper format into electronic files.

   [✓] A printer or copier to create required paper copies such as chambers copies.

   [✓] A word-processing program to create documents; and

   [✓] A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: May 8, 2019          Signature: _____

CV-005 (12/15)          APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING



$25.50
PME 1-Day
90049 000
Date of sale
05/14/19
06 2S
11487125

PRESS FIRMLY TO SEAL        PRESS FIRMLY TO SEAL

PRIORITY
★ MAIL ★
EXPRESS™

OUR FASTEST SERVICE IN THE U.S.

UNITED STATES POSTAL SERVICE®  |  PRIORITY MAIL EXPRESS®

EE 393 886 ?

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)  PHONE (310) 990-5933
ADAMS
550. S. BARRINGTON
#4115
LA, CA 90049

PAYMENT BY ACCOUNT (if applicable)
USPS® Corporate Acct. No. | Federal Agency

ORIGIN (POSTAL SERVICE USE ONLY)
☐ 1-Day    ☐ 2-Day
PO ZIP Code | Scheduled Delivery Date (MM/DD/YY)
Date Accepted (MM/DD/YY) | Scheduled Delivery Time
☑ 10:30 AM  ☐ 3:00 PM
☐ 12 NOON
Time Accepted
☐ AM
☐ PM
10:30 AM Delivery Fee
$
Special Handling/Fragile | Sunday/Holiday Premium Fee
$ | $
Weight  ☐ Flat Rate | Acceptance Employee Initials
lbs.   ozs.

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)  PHONE ( )
ROYBAL FED COURTHOUSE
255 EAST TEMPLE ST.
LOS ANGELES, CA 90012
RM. 180 / 1ST FLR / FILING DOCS
ZIP + 4® (U.S. ADDRESSES ONLY)
90012

DELIVERY (POSTAL SERVICE USE ONLY)
Delivery Attempt (MM/DD/YY) | Time | Employee Si
☐ AM
☐ PM
Delivery Attempt (MM/DD/YY) | Time | Employee Si
☐ AM
☐ PM

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

LABEL 11-B, JULY 2018  PSN 7690-02-000-9996

⬅ PEEL FROM THIS CORNER

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

EMS

P13F July 2013  OD: 12.5 x 9.5

PS10001000006

destinations. See DMM and IMM at pe.usps.com for complete d
† Money Back Guarantee for U.S. destinations only.

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE


