AMY J. LONGO, Cal. Bar. No. 198304
Email: LongoA@sec.gov
William S. Fiske Cal. Bar No 123071
Email: FiskeW@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
John W. Berry, Associate Regional Director
Victoria A. Levin, Assistant Regional Director
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL R. ADAMS, MICHAEL A. FLANDERS, SPIDERWORX MEDIA LLC, and AN L.A. MINUTE LLC,<br><br>Defendants. | Case No. 2:19-CV-01412-FMO<br><br>**NOTICE OF CONTINUED HEARING DATE FOR PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S AMENDED MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS SPIDERWORX MEDIA LLC, AND AN L.A. MINUTE LLC (DKT. NO. 36)**<br><br>Prior Hearing Date: July 11, 2019<br>New Hearing Date: August 15, 2019<br>Time: 10:00A.M.<br>Ctrm: 6D<br>Judge: Hon. Fernando M. Olguin |

TO ALL DEFENDANTS:

PLEASE TAKE NOTICE that, pursuant to the Order Re: Hearing for Motion for Default Judgment issued June 25, 2019 (Dkt. No. 37), the Court has *sua sponte* continued the hearing date for Plaintiffs Securities and Exchange Commission's ("SEC's") Amended Motion for Default Judgment against defendants Spiderworx Media LLC and An L.A. Minute LLC (Dkt. No. 36) as follows:

<u>Previous Hearing Date/Time</u>:  July 11, 2019, 10:00 A.M.

<u>New Hearing Date/Time per Dkt. No. 37</u>:  **August 15, 2019, 10:00 A.M.**

The August 15, 2019 hearing will take place at the United States District Court, Central District of California, 350 W 1st Street, Los Angeles, CA 90012-4565, Courtroom 6D, before the Honorable Fernando M. Olguin.  Pursuant to C.D. Cal. Local Rule 7-11, any opposition to the SEC's motion is due to be filed on or before July 25, 2019, and any reply in support of the SEC's motion is due to be filed on or before August 1, 2019.

Dated:  June 25, 2019

Respectfully submitted,

*/s/ Amy Jane Longo*
Amy Jane Longo
Attorney for Plaintiff
Securities and Exchange Commission

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action.  My business address is:

    U.S. SECURITIES AND EXCHANGE COMMISSION,
    444 S. Flower Street, Suite 900, Los Angeles, California 90071
    Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On June 25, 2019, I caused to be served the document entitled
**NOTICE OF CONTINUED HEARING DATE FOR PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S AMENDED MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS SPIDERWORX MEDIA LLC, AND AN L.A. MINUTE LLC (DKT. NO. 36)**

on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☒ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☐ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

    I declare under penalty of perjury that the foregoing is true and correct.

Date:  June 25, 2019            */s/ Amy J. Longo*
                                            AMY J. LONGO

*SEC v. Daniel Adams, etc. et al*
United States District Court—Central District of California
Case No. 2:19-cv-01412-FMO-RAO

## SERVICE LIST

Michael A. Flanders **(served by e-mail)**
501 Sandy Cove
Old Hickory, TN 37138-2571
*Pro Se Defendant*

Daniel R. Adams **(served by e-mail)**
550 S. Barrington Ave., Apt 4115
Los Angeles, CA 90049
*Pro Se Defendant*

An L.A. Minute, LLC
Registered Agent of Service Daniel R. Adams **(served by mail)**
550 S. Barrington Ave., Apt 4115
Los Angeles, CA 90049

Spiderworx Media, LLC
Registered Agent of Service Daniel R. Adams **(served by mail)**
550 S. Barrington Ave., Apt 4115
Los Angeles, CA 90049